Margaret Lucy, as Administratrix de Bonis Non of Timothy Lucy, Deceased, Respondent, v. American Bridge Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., not voting,

In the Matter of the Examination of Rollo E. Briggs, Judgment Debtor, in Proceedings Supplementary to Execution upon the Application of Philo C. Wheeler and A. Ray Baldwin, Judgment Creditors, under a Judgment Recovered in an Action Entitled County Court, County of Cortland, N. Y., Philo C. Wheeler and A. Ray Baldwin, Plaintiffs, against Rollo S. Briggs, Defendant. William D. Tuttle, Appellant; Philo C. Wheeler and A. Ray Baldwin, Respondents.— Order unanimously affirmed, with costs.

Caroline E. McManus, Respondent, v. The City of Troy, Appellant.— Judgment unanimously affirmed, with costs.

Patrick H. McNulty and Thomas J. McNulty, Doing Business under the Firm Name and Style of McNulty Brothers, Respondents, v. Andrew J. Robinson Company and Security Mutual Life Insurance Company, Appellants.—Judgment unanimously affirmed, with costs.

Frank Morrison and Others, Appellants, v. Claude S. Washburn, Respondent. — Order affirmed, with ten dollars costs and disbursements. All concurred.

William F. Mullen, as Administrator, etc., of Lillian Mullen, Deceased, Respondent, v. The Fonda, Johnstown and Gloversville Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Ida Antoinette Nellis, Appellant, v. James G. Nellis, as Executor, etc., of Magdalen Nellis, Deceased, Respondent.— Judgment and order unanimously affirmed, with costs.

Charles R. Painton, as Committee of the Person and Estate of Henry Cavanaugh, Respondent, v. Annie B. Cavanaugh, Individually and as Executrix, etc., of Patrick Cavanaugh, Deceased, Appellant, Impleaded with Annie R. Painton and Others.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs in this court and at Special Term. All concurred.

The People of the State of New York, Appellant, v. Horace Inman, Respondent.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., and Cochrane, J., dissenting.

Wellington S. Pierson, Plaintiff, v. J. Emmet Clark, Respondent. McDermott-Bunger Dairy Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

George A. Schusler, as Administrator, etc., of Louis Schusler, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

John F. Slater, Appellant, v. Louise Grannemann, Personally and as Administratrix, etc., of Christian Grannemann, Deceased, Respondent, Impleaded with Chance Whitmyer and Others.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., and Cochrane, J., dissenting.

Jacob W. Staley and Joseph Shaw, as Executors, etc., of Jacob Stalee, Deceased, Appellants, v. Michael D. Murray and Others, Respondents. (No. 1.) — Judgment unanimously affirmed, with costs.